**Electronically Filed
Supreme Court
SCWC-20-0000498
03-FEB-2025
12:02 PM
Dkt. 6 ODAC**

SCWC-20-0000498

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

JOEL SHAWN RAND,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

KEHAULANI MUNOS RAND nka KEHAULANI MUNOS,
Respondent/Defendant-Appellee/Cross-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000498; FC-D No. 11-1-0371)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, Devens, JJ.)


Petitioner's Application for Writ of Certiorari, filed on

December 26, 2024, is hereby rejected.

DATED:  Honolulu, Hawai'i, February 3, 2025.

                        /s/ Mark E. Recktenwald

                        /s/ Sabrina S. McKenna

                        /s/ Todd W. Eddins

                        /s/ Lisa M. Ginoza

                        /s/ Vladimir P. Devens

